UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-0294M-01 (CR) |
| | : | |
| HERMAN PALMER, | : | VIOLATION: 18 U.S.C. §641 |
| Defendant. | : | (Theft of Government Property) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Between in or about January 2005, through in or about February 2007, within the District of Columbia, the defendant, **HERMAN PALMER**, willfully and knowingly did steal, purloin, embezzle and convert to his own use, merchandise, including, but not limited to, food, clothing, furniture, electronic equipment, gift cards, and U.S. Currency, of a value in excess of one thousand dollars ($1,000), which said property had come into the possession and under the care of **HERMAN PALMER** by virtue of his employment as a purchaser for the United States Air Force, 11th Services Squadron, Bolling Air Force Base.

(**Theft of Government Property**, in violation of 18 U.S.C. § 641).

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar # 498610

By: _____
DONNELL TURNER
Assistant United States Attorney
Maryland Bar
United States Attorney's Office
Federal Major Crimes Section
555 4th Street, N.W., Room 4235
Washington, D.C. 20530
(202) 305-1419