FILED

AUG 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court
## for the District of Columbia

UNITED STATES OF AMERICA

v.                                                      WAIVER OF INDICTMENT

**HERMAN PALMER**

CASE NUMBER:  07cr175 (RCL)

I,   **HERMAN PALMER**   the above named defendant, who is accused of

**18:641; PUBLIC MONEY, PROPERTY OR RECORDS; Theft of Government Property.**

being advised of the nature of the charge, the proposed information, and of my rights, hereby

waive in open court on   8/7/2007   prosecution by indictment and consent that the

proceeding may be by Superseding Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Royce C. Lamberth
United States District Court